Bolton WASHINGTON, Appellant, v. STATE of Texas, Appellee. (No. 12930.)

Court of Criminal Appeals of Texas. Oct. 23, 1929.

G. L. Florence, of Pittsburg, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

H. L. WEST, Appellant, v. STATE of Texas, Appellee. (No. 12996.)

Court of Criminal Appeals of Texas. Oct. 23, 1929.

Earl Greer, of Wills Point, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

Marie WILSON, Appellant, v. STATE of Texas, Appellee. (No. 12939.)

Court of Criminal Appeals of Texas. Oct. 23, 1929.

John M. Cobb, of Houston, for appellant.
O'Brien Stevens, Cr. Dist. Atty., of Houston, and A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

W. E. WYATT, Appellant, v. STATE of Texas, Appellee. (No. 12824.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

W. O. Scott, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary of a railroad car; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.